WILLIAM W. CONDE, Respondent, *v.* HARRIET B. LEE, Appellant.

Reported below, 55 App. Div. 401.
(Argued January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the appellant had failed to serve or file his points.

*Frank Hopkins* for motion.

*Charles S. Kent* opposed.

Motion denied, with ten dollars costs.